NICOLA T. HANNA                                                JS-6
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8953
    Facsimile: 415-744-0134
    E-Mail: henry.chi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA B. SOLIS,<br><br>      Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. 8:17-CV-01375-PD<br><br>**JUDGMENT** |

      Having received and reviewed the parties' Stipulation to Reopen Case for Purpose of Entering Judgment for Plaintiff [Docket No. 34], the Court hereby

grants judgment for Plaintiff in this matter.

Dated: January 06, 2021  _____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE